# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PLATTE RIVER INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>GLOBAL HORIZONS, INC., *et al*,<br><br>　　　　Defendants. | NO. CV-11-3091-RHW<br><br>**ORDER DISMISSING COMPLAINT; CLOSING FILE** |

On May 3, 2013, the Court ordered Plaintiff to show case why this action should not be dismissed for failure to prosecute, ECF No. 30. Plaintiff did not file a response.

Accordingly, **IT IS HEREBY ORDERED**:

1.　The above-captioned case is **dismissed** for failure to prosecute.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide copies to counsel, and close the file.

**DATED** this 15th day of July, 2013.

　　　　　　　　　　　*s/Robert H. Whaley*
　　　　　　　　　　　ROBERT H. WHALEY
　　　　　　　　　United States District Court

Q:\RHW\aCIVIL\2011\Platte River Insurance Company\dismiss.wpd

**ORDER DISMISSING COMPLAINT; CLOSING FILE** ~ 1